NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE STEVEN MUNZ**

---

2013-1421

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/892,213.

---

**JUDGMENT**

---

JAMES DANIEL BERQUIST, Davidson Berquist Jackson & Gowdey, LLP, of Arlington, Virginia, argued for appellant. With him on the brief was DONALD LEE JACKSON.

LORE A. UNT, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Acting Solicitor, and KRISTI L.R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 7, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |